COLUMBUS BAR ASSOCIATION *v.* PFEFFERLE.

[Cite as Columbus Bar Assn. v. Pfefferle (1981),
65 Ohio St. 2d  4.]

(No. 80-17—Decided February 25, 1981.)

*Mr. John C. Hartranft, Mr. Geoffrey Stern* and *Mr. James E. Wilhelm, Jr.,* for relator.

*Messrs. Topper, Alloway, Goodman, DeLeone & Duffey* and *Mr. John J. Duffey,* for respondent.

*Per Curiam.* There is ample evidence in the record to support the findings of the board of commissioners that respondent was guilty of misconduct as alleged herein. Cf. *Ohio State Bar Assn.* v. *Kahn* (1974), 40 Ohio St. 2d 15; *Toledo Bar Assn.* v. *Ishler* (1974), 39 Ohio St. 2d 33; *Toledo Bar Assn.* v. *Illman* (1969), 18 Ohio St. 2d 122; *Cleveland Bar Assn.* v.

*Hamilton* (1966), 6 Ohio St. 2d 264; *Ohio State Bar Assn.* v. *Rekeweg* (1966), 6 Ohio St. 2d 128; *Ohio State Bar Assn.* v. *Gray* (1965), 1 Ohio St. 2d 97.

We concur in the recommendation of the board of commissioners, and respondent is hereby indefinitely suspended from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C. J., W. BROWN, P. BROWN, SWEENEY, LOCHER, KERNS and C. BROWN, JJ., concur.

KERNS, J., of the Second Appellate District, sitting for HOLMES, J.